1  BENJAMIN B. WAGNER
   United States Attorney
2  BRIAN K. DELANEY
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5
   Attorneys for Plaintiff
6  United States of America

7                        IN THE UNITED STATES DISTRICT COURT

8                           EASTERN DISTRICT OF CALIFORNIA

9

10 | IN RE SEARCH WARRANT FOR:                   | CASE NO. 5:14-SW-00063-JLT
11 |                                              | ORDER
   | A Samsung cellular phone, model SGH-I337,
12 | bearing FCC ID#: A3LSGHI337, and IMEI:       | **[UNDER SEAL]**
   | 357086050847076; and SIM card
13 | 89074103277128854705; and

14 | A Kyocera cellular phone, model S2151, bearing
   | FCC ID: V65S2151, DEC#:
15 | 268435462508173011, and HEX#:
   | A00000417CB5D3

16

17        For good cause shown, IT IS HEREBY ORDERED that the government may retain and search,

18 pursuant to the terms of the original warrant in this matter, for an additional 30 days (beginning today),

19 the following digital devices:

20        a.  A Samsung cellular phone, model SGH-I337, bearing FCC ID#: A3LSGHI337, and IMEI:

21            357086050847076; and SIM card 89074103277128854705, (the "SAMSUNG PHONE");

22            and

23        b.  A Kyocera cellular phone, model S2151, bearing FCC ID: V65S2151, DEC#:

24            268435462508173011, and HEX#: A00000417CB5D3 (the "KYOCERA PHONE").

25
   IT IS SO ORDERED.
26
       Dated:  **December 30, 2014**            **/s/ Jennifer L. Thurston**
27                                              UNITED STATES MAGISTRATE JUDGE

28